IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 AUG 15 A 9:48

<u>JIMMY CARL JAMES</u>                )
Full name and prison number        )
of plaintiff(s)                    )
                                   )
v.                                 )   CIVIL ACTION NO. <u>3:05CV779-F</u>
                                   )   (To be supplied by Clerk of
<u>CHAMBERS COUNTY DETENTION FACILITY</u>)   U.S. District Court)
<u>SID LOCKHART/SHERIFF</u>              )
<u>BILL LANDRUM/MAJOR</u>                )
<u>TOMMY BARROW/CAPTAIN</u>              )
<u>KEISHA LEVERETT/LT. ETC.</u>          )
Name of person(s) who violated     )
your constitutional rights.        )
(List the names of all the         )
persons.)                          )


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____NONE_____

            Defendant(s) _____NONE_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____NONE_____

3. Docket number _NONE_

4. Name of judge to whom case was assigned _NONE_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NONE_

6. Approximate date of filing lawsuit _NONE_

7. Approximate date of disposition _NONE_

II. PLACE OF PRESENT CONFINEMENT _CHAMBERS COUNTY DETENTION FACILITY 105 ALA. AVE. WEST LAFAYETT ALA. 36862_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _CHAMBERS COUNTY DETENTION FACILITY CELL BLOCK (F) AND CELL BLOCK (C)_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                   ADDRESS

1. ~~[redacted]~~

2. CHAMBERS COUNTY DETENTION FACILITY 105 ALABAMA AVE, WEST LAFAYETTE ALA

3. SID LOCKHART/SHERIFF - UNKNOWN AS AN INMATE/PRISONER

4. BILL LANDRUM/MAJOR -    "    "    "    "    "

5. BARROW/CAPTAIN    "    "    "    "    "

6. LEVERETT/LT.    "    "    "    "    "

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _JULY 7, 05 UNTIL PRESENT OF FILING OF COMPLAINT_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _VIOLATION OF DUE PROCESS UNDER 14TH AMENDMENT OF UNITED STATES CONSTITUTION & ALA CONST. 1901_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

CHAMBERS COUNTY DETENTION DEPRIVED ME (JIMMY CARL JAMES) OF MY RIGHTS, BENEFITS, & PRIVILEGE GUARANTEED BY LAW OF ALABAMA CONSTITUTION 1901 & U.S. CONSTITUTION 14TH AMENDMENT BY DEPRIVING ME (JIMMY C. JAMES) OF HIS DISABILITIES IMPAIRMENT(S) BY NOT HAVING ANY HANDICAPPED/DISABILITIES ACCESSIABLE SUCH AS SHOWERS —

GROUND TWO: Violation of 8TH Amendment to U.S. Constitution for "Unusual Punishments," Alabama Constitution 1901

SUPPORTING FACTS: THE CHAMBERS COUNTY DETENTION FACILITY VIOLATATES THIS AMENDMENT BY NOT FOLLOWING THE RULES & REGULATION, STATUES OF ALA CONSTITUTION 1901 & U.S. CONSTITUTION 14TH AMENDMENT BY AFFLICTING UNUSUAL PAIN, SUFFERING, AS MY CAREGIVER/CAREKEEPER TO WIT: BY MEANS OF MY (JIMMY JAMES) INCARCERATION IN THE CHAMBERS Co. DETENTION FACILITY CAUSING EMOTIONAL

GROUND THREE: Violation of ALA Code 1975 Vol. 20 Title 39 Subsection 39-9-1 THRU.

SUPPORTING FACTS: Violation of THIS STATUE, Rule, Regulation CODE BY DEPRIVING ME (JIMMY JAMES) OF ALL THE INCURRED CONDITIONS FOR (1) ONE WITH A PHYSICAL, MENTAL IMPAIRMENT, SUBSTANTIAL PAIN. Violation of (1) ONES' AS AN DEVELOPMENTAL DISABILITY/DISABLE PERSON WHICH HAS AN CHRONIC DISABILITY OF A PERSON THAT (1) IS ATTRIBUTABLE —

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Award damages far (Declaratory)(Punitive)(Pain & Suffering)(Mental Anguish) in the amount of $25,000 a piece a total of $100,000 Dollars

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Aug. 5, 2005
                (Date)

Lindsey Williams
NOTARY SERVICE
MY COMMISSION EXPIRES JULY 9, 2006

_____
Signature of plaintiff(s)

4

Continue from page 3 Grounds

Cont:
Ground (3) Three    To a mental or physical impairment or a combination of mental and physical impairments (2) is likely to continue indefinitely (3) mobility and refuse with intentionally, neglect, wantonness to allow (1) one inmate (Jimmy James) the access to proper services, accessables, under the Bill of Rights for persons with developmental disabilities and protection of aged or disable adults under protection whether by means of incarceration by this facility. Plantiff continue to reserve the rights to amend on all grounds and amend his petition/complaint as on going.

### Conclusion of Law

The Chambers Co. Detention has refuse to make any copies to this petition/complaint as required in instructions cover sheet also refuse to sale issue any carbon paper to write additional copies this is also a violation which need to be address to allow all inmate to have carbon paper that is purchase from store commissary, or issue from the administrater staff "or" made by machine xerox copies far court purpose as well as personal copies.

Respectfully
*Jimmy James*
Jimmy James

CONTINUE FROM PAGE 2 & 3 GROUNDS

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA...    CIVIL ACTION NO#

CONT: **GROUND (1) ONE** TOILET(S) WITH NO FORM OF SUPPORT TO HOLE ONTO TO KEEP FROM FALLING THAT IS REQUIRED FAR HANDICAPPED & DISABILITY PERSONS AS BY LAWS, STATUES OF STATE OF ALABAMA THUS DISCRIMINATION AGAINST PERSON(S) WITH IMPAIRMENT, OF THE BODY WHETHER PHYSCIAL, MENTAL. ATTAIN BY INJURY, BIRTH, ACCIDENT, ETC. MEANING A PERSON BY PRODUCING A CONDITION WHICH SUBSTANTIALLY IMPAIRS AN INDIVIDUAL FROM ADEQUATELY PROVIDING FOR HIS OR HER OWN CARE OR PROTECTING HIS/HER OWN INTERESTS OR PROTECTING HIMSELF OR HERSELF FROM PHYSCIAL OR MENTAL INJURY OR ABUSE. PLAINTIFF RESERVE(S) THE RIGHT(S) TO CONTINUE AMEND & ADD GROUND(S) AS NECESSARY TO ALL LAWS.

CONT: **GROUND (2) TWO SUPPORTING FACTS:**
PAIN, ABUSE BY THE INFLICTING OF PHYSCIAL PAIN, AS WELL AS MENTAL PAIN BY RECKLESSLY, INTENTIONALLY DENING ME (JIMMY JAMES) THE RIGHTS AS AN DISABILITY "DISABLE" PERSON WITH IMPAIRMENTS TO THE BODY OF HIP (RIGHT HIPS) WHICH HE (JIMMY JAMES) HAS SHOWN, INFORM THE ADMINISTRATOR STAFF AS TO THIS PROBLEM AS WELL AS THE NURSE (MS BOLT) THE FACILITY NURSE THAT OVERSEAS THE ENTIRE JAIL. THIS IS KNOWN AS WILLFUL DEPRIVATION BY A "CARE KEEPER," TENANT LANDLORD. THIS MEANS THAT THE CHAMBER CO. DETENTION FACILITY OVERSEAS ALL INMATES IN THEIR CARE, CUSTODY WHILE INCARCERATED IN THEIR CUSTODY. THIS IS PRIMA FACIE EVIDENCE THAT I JIMMY JAMES AM AN PROTECTED PERSON UNDER (C.C.D.F) CHAMBERS CO. DETENTION FACILITY. (THE RIGHTS TO AMEND IS RESERVE)