IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2005 AUG 15 A 9:28
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Jimmy Carl James )
_____ )
_____ )
_____ )
       Plaintiff(s)          )     3:05CV779-F
                             )
v.                           )
                             )
Chambers Co. Detention Facility )
Sid Lockhart/Sheriff         )
Bill Landrum/Major           )
Tommy Barrow/Captain         )
LT./Keisha Leverett  Defendant(s) )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Jimmy C. James

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Plaintiff(s) signature  Jimmy James
Jimmy James

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Jimmy C. James

Plaintiff

V.

Chambers Co. Det. Facility / Sheriff-Sid Lockhart / Major-Bill Landrum / Cpl. Tommy Barrow / Lt. Keisha Leverett

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Jimmy Carl James__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Chambers County Detention Facility (Jail)__

    Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __None  *5.75 Hourly  3 day a week   Aminial Clinic Hiway 50  Lanett, Ala. 36863  # 576-3700__

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __May, 05 Last Employment__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   NONE 0

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   NONE 0

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   DAUGHTER: CANDACE FLOURNOY
   $35.00 WLK. CHILD SUPPORT
   AGE 18
   D.O.B. 6/29/87

I declare under penalty of perjury that the above information is true and correct.

8/3/05
Date

Signature of Applicant
Jimmy Carl James

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**CHAMBERS COUNTY**

# SHERIFF

| | | |
|---|---|---|
| **C. M. WILLIAMS**<br>*Chief Deputy*<br><br>(334) 864-4333<br>(706) 586-8413<br>(334) 864-4309 FAX<br>SHERIFF'S OFFICE | | **BILL LANDRUM**<br>*Detention Administrator*<br><br>(334) 864-4334<br>(706) 586-8403<br>(334) 864-4307 FAX<br>DETENTION FACILITY |

**SID LOCKHART**
Sheriff, Chambers County

AUGUST 5, 2005

RE: JIMMY JAMES

    Inmate Jimmy Carl James was incarcerated in the Chambers County Jail on July 5, 2005, since he has been incarcerated he has had no money on his account. If you have any question please feel free to contact me at (334) 864-4342 thanks for your time.

*Lindsey Williams*
Lindsey Williams
Administrative Assistant