James

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Keisha Leverett, Lt.
    c/o Chambers County Detention Facility
    105 Alabama Avenue West
    Lafayette, AL 36862

3:05cv779 (cmp, order, R+R 40 days)

2. Article Number
   (Transfer from service label)  7004 2510 0001 0150 7324

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Lakesha Leverett    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lakesha Leverett
C. Date of Delivery: 8-24-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes