IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JIMMY CARL JAMES, #162469, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv779-F |
| | ) |
| CHAMBERS COUNTY DETENTION | ) |
| FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On August 22, 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That the plaintiff's claims against the Chambers County Detention Facility be and are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and that this party is DISMISSED as a defendant to this complaint; and

2. This case with respect to the remaining defendants is REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 12th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE