**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1.
Bill Landrum, Major
c/o Chambers County Detention Facility
105 Alabama Avenue West
Lafayette, AL 36862

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

3:05cv779 (Amp, order R+R 40 Cys)

2. Article Number
(Transfer from service label)    7004 2510 0001 0150 7300

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540