IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JIMMY CARL JAMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.  3:05-cv-779-MEF-VPM |
| | ) |
| **SHERIFF SID LOCKHART, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

COME NOW Sid Lockhart, Sheriff of Chambers County, Alabama, Major Bill Landrum, Captain Tommy Barrow, and Lieutenant LeKesha Leverett, Defendants in the above-styled cause, and move this Court to stay the proceedings in this pending Plaintiff's Response to this Court's Show Cause Order, dated October 13, 2005, and a ruling regarding the same.  As grounds therefor, the Defendants state as follows:

1. This Court entered an Order for the Defendants to file an Answer and Special Report on or before October 3, 2005.

2. On September 27, 2005, Defendants filed a Motion for Extension of Time to file their Special Report and Answer up to and including October 24, 2005.

3. On September 29, 2005, this Court entered an Order granting Defendants' Motion for Extension of Time.

4. On October 13, 2005, this Court entered an Order for Plaintiff to Show Cause on or before October 25, 2005, why his Complaint should not be dismissed for his failure to provide the Court with his current address as directed by this Court's Order dated August 22, 2005.

5.      In the interest of judicial economy, the Defendants request a stay of the filing of their Special Report and Answer, pending Plaintiff's response to the Show Cause Order and a ruling by this Court regarding the same.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Court to stay the proceedings pending Plaintiff's response to the Show Cause Order and a ruling by this Court regarding the same.

Respectfully submitted this 21st day of October, 2005.

> s/Kelly Gallops Davidson
> KELLY GALLOPS DAVIDSON  Bar No.  DAV110
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> P.O. Box 240909
> Montgomery, Alabama  36124
> (334) 262-1850 Telephone
> (334) 262-1889 Fax
> e-mail:  kdavidson@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participants:

> Jimmy Carl James
> ASI#162469
> Chambers County Detention Facility
> 105 Alabama Avenue West
> Lafayette, AL 36862

> **s/Kelly Gallops Davidson**
> OF COUNSEL