IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JIMMY CARL JAMES, #162 469 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-779-F |
| SID LOCKHART, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

On 21 October 2005, the defendants filed a Motion To Stay (Doc. # 13), which, given the bases and motivation for the motion, the court has construed as a motion for a general extension of the defendant's filing of their Special Report and Answer. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED. Accordingly, the defendants' time for filing their Special Report and Answer shall be extended GENERALLY until further order of the court.

DONE this 24th day of October 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE